UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23- **01119** |
| | ) | |
| $24,900.00 IN UNITED STATES | ) | |
| CURRENCY, More or less, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Kate E. Brubacher, United States Attorney for the District of Kansas, and Scott Anderson, Special Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

## NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States of America the following property: $24,900.00 in U.S. Currency, more or less for violations of 18 U.S.C. § 1343.

## THE DEFENDANT IN REM

2. The defendant property consists of $24,900.00 in United States currency, more or less, that was seized by the United States Secret Service on or about November 29, 2022 after serving a federal seizure warrant on Wells Fargo Bank in Sedgwick County, in the District of Kansas. The currency is currently in the custody of the United States Secret Service.

## JURISDICTION AND VENUE

3.      Plaintiff brings this action *in rem* in its own right to forfeit and condemn the defendant property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355.

4.      This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. 1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

5.      Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. § 1395, because the defendant property is located in this district.

## BASIS FOR FORFEITURE

6.      The defendant property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because it is property which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343.

7.      Supplemental Rule G(2)(f) requires this complaint to state *sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial*. Such facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in Exhibit A, which is attached hereto and incorporated by reference.

## CLAIM FOR RELIEF

WHEREFORE, the plaintiff requests that the Court issue a warrant for the arrest of the defendant property; that notice of this action be given to all persons who reasonably appear to be

potential claimants of interests in the properties; that the defendant property be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above-entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

KATE E. BRUBACHER
United States Attorney

/s/ Scott L. Anderson
SCOTT L. ANDERSON
Special Assistant United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: scott.anderson2@usdoj.gov
Ks. S. Ct. No. 26095

## **DECLARATION**

I, Greg Tiano, Special Agent, United States Secret Service in the District of Kansas.

I have read the contents of the foregoing Complaint for Forfeiture, and the exhibit

thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____ day of _____, 20__

Greg Tiano, Special Agent
USSS

4

## AFFIDAVIT IN SUPPORT OF A COMPLAINT FOR FORFEITURE

I, Greg Tiano, being duly sworn, depose and state as follows:

*Background of Affiant*

1.      I am a Special Agent (SA) of the United States Secret Service (USSS) and have been so employed since on or about July 20, 1997. I am currently assigned to the Wichita Office of the Secret Service. Among my duties as a SA, I am charged with the investigation of financial crimes including check fraud, identity fraud, credit card fraud, bank and wire fraud, and the manufacturing, possession and passing of counterfeit United States currency. I have served in previous assignments in Albuquerque, NM and Washington, DC. During my employment with the USSS, I have conducted multiple investigations which resulted in the seizures of criminally derived property.

2.      As a SA, I have conducted numerous wire fraud, money laundering and other complex financial crimes investigations. I have become familiar with the manner in which criminals communicate by wire (telephone, internet, fax machine, etc.), and attempt to code their language to disguise the true meaning of their conversations. Additionally, I have extensive experience in investigating individuals who attempt to conceal the proceeds of illegal acts, such as wire fraud, including the use of trusts and corporations to disguise the true owner of illicit funds they control through these entities. I have become knowledgeable about the methods and means by which money is laundered and the efforts of persons involved in such activities to avoid detection by law enforcement. As a SA, I have utilized a variety of investigative techniques and resources, including physical and electronic surveillance, undercover operations, and cooperating sources of information, including cooperating defendants.

3.    Because this affidavit is being submitted for the limited purpose of establishing probable cause I have not included every detail nor every aspect of the investigation in this affidavit. Rather, it only includes the information necessary to establish probable cause to support a civil forfeiture complaint.

***The Investigation***

5.    Your affiant has learned through investigation on 11/17/2022, Duane Thiel, an elderly Kansas resident, fell victim to an online scam, allowing electronic access to his computer, causing a $24,900,00 wire to be generated from his bank account, located in Lindsborg, KS, defrauding Mr. Thiel of these funds.

6.    Mr. Thiel advised your affiant that on 11/16/2022, he received an email from "PayPal" advising him that "his $700.00" order had been placed and the funds had been removed from his bank account. Mr. Thiel stated that he contacted the number on the (PayPal) email and advised that he had not placed an order for the item(s). Mr. Thiel was advised by an unknown entity that he would be refunded his money and that entity directed him to a website where he was asked to access a link. Mr. Thiel advised after accessing the link, a small black box opened at the bottom of his computer screen. Mr. Thiel stated that after a few minutes he was instructed to enter the value "$249.00" on his computer for the refund of the "first item." Mr. Thiel stated upon entering the value $249.00 and pressing enter, the value "$24,900.00" was shown on his computer as being refunded to his account. Mr. Thiel advised your affiant that the unknown entity blamed Mr. Thiel for incorrectly inputting the amount and causing $24,900.00 to be refunded to Mr. Theil's account.

7.      Mr. Thiel stated he was advised by the unknown entity that correcting this over

payment could be "complicated and expensive," but subsequently advised Mr. Thiel to wire the

$24,900.00 back to PayPal "on the QT."

8.      Mr. Thiel advised your affiant that he subsequently received an email from

the suspect which included the following wire transfer information and instructed Mr. Thiel to

wire the funds per those instructions (exactly as listed below):

        Bank name: Wells Fargo Bank
        Name of holder: Mister Tom He
        Bank account: xxxxxxxxxxxxx1231
        Route number: 121000248
        Bank code: WFBIUS6SXXX
        Account type: Checking
        Address: 1510 Fashion Island Blvd., Ste 250, San Mateo, CA, 94404
        Remittance remarks: Do not write remarks
        Note: None
        Wire Amount: $24,900.00

9.      Mr. Thiel stated that he agreed and on the 11/17/2022, he traveled to the

Farmer's State Bank (FSB) located in Lindsborg, KS where he had $24,900.00 of his own funds

wired to "Mister Tom He" as instructed. The affiant was advised that only after relaying this

incident to a family member did Mr. Thiel realize he had been defrauded.

10.     Your affiant subsequently contacted Farmer's State Bank's Compliance Officer,

Tammy Curtright, reference the fraud. Mrs. Curtright affirmed that she was aware of the wire

transfer and stated that she had been in contact with FSB's participating bank, Banker's State

Bank of KS (BSBKS), who handles wire transfers for FSB. Mrs. Curtright affirmed that a wire

recall had been requested to recover the funds.

11.     Further, your affiant was advised by Mrs. Curtright that no significant deposits

had been made into any of Mr. Thiel's Farmer State Bank accounts on or about 11/16/2022.

12.     On the same date, your affiant telephonically contacted Wells Fargo Bank (WFB) Investigator (FI) Rose Lee reference this fraud. FI Lee stated she was familiar with this fraud scheme but initially was unable to locate the wire transfer or the account at WFB. However, subsequently, FI Lee advised your affiant that she had located the account, and the $24,900.00 wire transfer placed by Mr. Thiel. FI Lee advised that the money was still in the account and that the individual listed on the wire transfer, "Mister Tom He," was not associated with the account. Further, FI Lee advised that this account was a five-year-old business account with significant funds. Further, FI Lee advised that this $24,900.00 wire was not large compared to others involving this account.

13.     On 11/22/2022, I received an email from FSB Senior VP Dave Schrag advising me that the wire recall to WFB had been rejected. Mr. Schrag emailed me a copy of the recall rejection notice from WFB. This notice listed that on 11/22/2022, the $24,900.00 recall that had been previously placed by the Banker's Bank of Kansas (on the behalf of FSB) had been refused. This notice listed the "BNF had denied debit authorization, so we (WFB) are unable to comply with (your) request. Please have remitter contact BNF Direct. Our case WFW221118-000793 is closed."

14.     On 11/28/2022, after several attempts to contact Wells Fargo Bank (WFB) investigator Rose Lee, I sent a copy of the previously served WFB Subpoena to WFB Internal Fraud investigator with whom I had previously worked. I was advised that the number, xxxxxxxxxxxxx1231, was not a valid WFB account number. At which time I provided him the possible account holder name, PingPong Global Solutions (PGS) and the address, 1510 Fashion Blvd., Ste 250, San Mateo, CA, 94404. I was then advised that PGS was a "Wells Fargo One" business account customer, and further advised that PGS, as a Wells Fargo One customer, has

been identified as a customer that "makes lots of wire transfers." Further, I was advised that Mr. Thiel's $24,900.00 wire transfer had been deposited into one of PGS's (fourteen) accounts and that this account begins with "4248," like the wiring instructions. Additionally, I was advised that Mr. Tom He was not associated with the account.

15.     On the same date, I had a second telephonic conversation with the WFB internal fraud investigator and was advised that the seventeen-digit number, xxxxxxxxxxxxx1231, was (in an unknown fashion) associated with a "specific" PGS account. Further, I was advised that the wire division of WFB had been able to identify PGS's account and in doing so, Mr. Thiel's wire.

16.     A review of investigative data on November 28, 2022 further identified several additional fraud schemes that attempted to cause or caused the wiring of funds to seventeen digit account numbers similar to the ones used in this fraud that were also associated with PGS's address, 1510 Fashion Island Boulevard, Suite 250, San Mateo, CA, 94404, since October 2022.

17.     On November 29, 2022, a federal seizure warrant was served on Wells Fargo Bank and Wells Fargo issued a Cashier's Check in the amount of $24,900.00 which was made payable to the United States Secret Service in compliance with the seizure warrant.

18.     As set forth herein, the fraud scheme involved material misrepresentations sent over the internet (1) the initial "PayPal" email notifying Mr. Thiel of a purchase directly linked to his bank account (2) the use of the internet in materially representing that a $24,900.00 refund had been sent to Mr. Thiel's account. (3) the use of telephone wires to communicate the false claims and blame Mr. Thiel for "causing" the overpayment of the refund (4) the use of the internet to send wire transfer instructions to Mr. Thiel, and (5) causing Mr. Thiel to transmit the $24,900.00 from Farmer's State Bank in Lindsborg, KS (through Banker's Bank of Kansas) to

Wells Fargo Bank, all by use of wire transmissions in interstate commerce in violation of 18 U.S.C. § 1343.

_____

Greg Tiano
Special Agent
United States Secret Service

Sworn to and subscribed before me this 5th day of June, 2023.

ROBIN H. WILSON
Notary Public - State of Kansas
My Appt. Expires 5/4/2025

_____
NOTARY PUBLIC